# Earnings Statement

**ADP**

IFM EFECTOR, INC.
1100 ATWATER DRIVE
MALVERN, PA, 19355

Period Beginning: 08/19/2019
Period Ending: 09/01/2019
Pay Date: 09/06/2019

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 7
  PA: N/A

LATISHA J. DEVEAUX
1208 BLACKHORSE HILL ROAD
COATESVILLE PA 19320

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 22.8000 | 80.00 | 1,824.00 | 32,036.49 |
| Overtime | 34.2000 | .52 | 17.78 | 400.14 |
| Corp Goal | | | | 1,519.98 |
| Std | | | | 663.90 |
| **Gross Pay** | | | **$1,841.78** | 34,620.51 |

Your federal taxable wages this period are $1,791.78

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Std401 | 36.84 | 692.41 |
| 401K Er Match | 36.84 | 692.41 |

**Important Notes**
COMPANY PH #: 610-524-2775

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -54.33 | 1,218.30 |
| | Social Security Tax | -111.09 | 2,090.73 |
| | Medicare Tax | -25.98 | 488.96 |
| | PA State Income Tax | -55.01 | 1,035.26 |
| | Caln Twp Income Tax | -17.92 | 337.23 |
| | Tredyffrin T Local Svc Tax | -2.00 | 36.00 |
| | PA SUI/SDI Tax | -1.10 | 20.77 |
| **Other** | | | |
| | Loan | -400.23 | 7,204.14 |
| | Medical | -50.00* | 899.00 |
| | Roth 401K | -36.84 | 692.41 |
| **Net Pay** | | **$1,087.28** | |
| | Checking 2 | -1,087.28 | |
| **Net Check** | | **$0.00** | |

* Excluded from federal taxable wages

© 2000 ADP, LLC

IFM EFECTOR, INC.
1100 ATWATER DRIVE
MALVERN, PA, 19355

Advice number: 00000360183
Pay date: 09/06/2019

Deposited to the account of
LATISHA J. DEVEAUX

| account number | transit ABA | amount |
|---|---|---|
| | | $1,087.28 |



**NON-NEGOTIABLE**

| CO. | FILE | DEPT | CLOCK | VCHR. NO. | 055 |
|---|---|---|---|---|---|
| PWZ | 001611 | 000186 | | 0000380182 | 1 |

## Earnings Statement 

IFM EFECTOR, INC.
1100 ATWATER DRIVE
MALVERN, PA, 19355

Period Beginning: 09/02/2019
Period Ending: 09/15/2019
Pay Date: 09/20/2019

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 7
  PA: N/A

LATISHA J. DEVEAUX
1208 BLACKHORSE HILL ROAD
COATESVILLE PA 19320

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 22.8000 | 73.38 | 1,673.06 | 33,709.55 |
| Overtime | 34.2000 | .82 | 28.04 | 428.18 |
| Corp Goal | | | | 1,519.98 |
| Std | | | | 663.90 |
| **Gross Pay** | | | **$1,701.10** | 36,321.61 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -37.45 | 1,255.75 |
| | Social Security Tax | -102.37 | 2,193.10 |
| | Medicare Tax | -23.94 | 512.90 |
| | PA State Income Tax | -50.69 | 1,085.95 |
| | Caln Twp Income Tax | -16.51 | 353.74 |
| | Tredyffrin T Local Svc Tax | -2.00 | 38.00 |
| | PA SUI/SDI Tax | -1.02 | 21.79 |
| | Other | | |
| | Loan | -400.23 | 7,604.37 |
| | Medical | -50.00* | 949.00 |
| | Roth 401K | -34.02 | 726.43 |
| | **Net Pay** | **$982.87** | |
| | Checking 2 | -982.87 | |
| | **Net Check** | **$0.00** | |

Your federal taxable wages this period are $1,651.10

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Std401 | 34.02 | 726.43 |
| 401K Er Match | 34.02 | 726.43 |

**Important Notes**
COMPANY PH #: 610-524-2775

* Excluded from federal taxable wages

IFM EFECTOR, INC.
1100 ATWATER DRIVE
MALVERN, PA, 19355

Advice number: 00000380182
Pay date: 09/20/2019

Deposited to the account of
LATISHA J. DEVEAUX

| account number | transit | ABA | amount |
|---|---|---|---|
| | | | $982.87 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|-----|------|-------|-------|-----------|---|
| PWZ | 001611 | 000186 | | 0000400178  1 | |

**Earnings Statement**

ADP

IFM EFECTOR, INC.
1100 ATWATER DRIVE
MALVERN, PA, 19355

Period Beginning:  09/16/2019
Period Ending:    09/29/2019
Pay Date:         10/04/2019

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal:  7
  PA:       N/A

LATISHA J. DEVEAUX
1208 BLACKHORSE HILL ROAD
COATESVILLE  PA  19320

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 22.8000 | 75.32 | 1,717.30 | 35,426.85 |
| Overtime | 34.2000 | .13 | 4.45 | 432.63 |
| Corp Goal | | | | 1,519.98 |
| Std | | | | 663.90 |
| **Gross Pay** | | | **$1,721.75** | 38,043.36 |

Your federal taxable wages this period are $1,671.75

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -39.92 | 1,295.67 |
| | Social Security Tax | -103.65 | 2,296.75 |
| | Medicare Tax | -24.24 | 537.14 |
| | PA State Income Tax | -51.32 | 1,137.27 |
| | Caln Twp Income Tax | -16.72 | 370.46 |
| | Tredyffrin T Local Svc Tax | -2.00 | 40.00 |
| | PA SUI/SDI Tax | -1.04 | 22.83 |
| | **Other** | | |
| | Loan | -400.23 | 8,004.60 |
| | Medical | -50.00* | 999.00 |
| | Roth 401K | -34.44 | 760.87 |
| | **Net Pay** | **$998.19** | |
| | Checking 2 | -998.19 | |
| | **Net Check** | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Std401 | 34.44 | 760.87 |
| 401K Er Match | 34.44 | 760.87 |

**Important Notes**
COMPANY PH #: 610-524-2775

* Excluded from federal taxable wages

---

IFM EFECTOR, INC.
1100 ATWATER DRIVE
MALVERN, PA, 19355

Advice number:  00000400178
Pay date:       10/04/2019

Deposited to the account of
LATISHA J. DEVEAUX

| account number | transit | ABA | amount |
|---|---|---|---|
| | | | $998.19 |

*THIS IS NOT A CHECK*

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 055 |
|---|---|---|---|---|---|
| PWZ | 001611 | 000184 | | 0000420094 | 1 |

## Earnings Statement

**ADP**

IFM EFECTOR, INC.
1100 ATWATER DRIVE
MALVERN, PA, 19355

Period Beginning: 09/30/2019
Period Ending: 10/13/2019
Pay Date: 10/18/2019

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 7
  PA: N/A

LATISHA J. DEVEAUX
1208 BLACKHORSE HILL ROAD
COATESVILLE PA 19320

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 22.8000 | 69.32 | 1,580.50 | 37,007.35 |
| Overtime | | | | 432.63 |
| Corp Goal | | | | 1,519.98 |
| Std | | | | 663.90 |
| **Gross Pay** | | | **$1,580.50** | 39,623.86 |

Your federal taxable wages this period are $1,530.50

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Std401 | 31.61 | 792.48 |
| 401K Er Match | 31.61 | 792.48 |

**Important Notes**
COMPANY PH #: 610-524-2775

BASIS OF PAY: HOURLY

| Deductions | | | |
|---|---|---|---|
| Statutory | | | |
| Federal Income Tax | -25.37 | 1,321.04 | |
| Social Security Tax | -94.89 | 2,391.64 | |
| Medicare Tax | -22.20 | 559.34 | |
| PA State Income Tax | -46.99 | 1,184.26 | |
| Caln Twp Income Tax | -15.31 | 385.77 | |
| Tredyffrin T Local Svc Tax | -2.00 | 42.00 | |
| PA SUI/SDI Tax | -0.94 | 23.77 | |
| **Other** | | | |
| Loan | -400.23 | 8,404.83 | |
| Medical | -50.00* | 1,049.00 | |
| Roth 401K | -31.61 | 792.48 | |
| **Net Pay** | **$890.96** | | |
| Checking 2 | -890.96 | | |
| **Net Check** | **$0.00** | | |

* Excluded from federal taxable wages

---

IFM EFECTOR, INC.
1100 ATWATER DRIVE
MALVERN, PA, 19355

Advice number: 00000420094
Pay date: 10/18/2019

Deposited to the account of
LATISHA J. DEVEAUX

| account number | transit | ABA | amount |
|---|---|---|---|
| | | | $890.96 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 055 |
|-----|------|-------|-------|-----------|-----|
| PWZ | 001611 | 000184 | | 0000440092 | 1 |

## Earnings Statement 

IFM EFECTOR, INC.
1100 ATWATER DRIVE
MALVERN, PA, 19355

Period Beginning: 10/14/2019
Period Ending: 10/27/2019
Pay Date: 11/01/2019

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 7
  PA: N/A

LATISHA J. DEVEAUX
1208 BLACKHORSE HILL ROAD
COATESVILLE PA 19320

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Regular | 22.8000 | 60.48 | 1,378.94 | 38,386.29 |
| Overtime | | | | 432.63 |
| Corp Goal | | | | 1,519.98 |
| Std | | | | 663.90 |
| **Gross Pay** | | | **$1,378.94** | 41,002.80 |

Your federal taxable wages this period are $1,328.94

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Std401 | 27.58 | 820.06 |
| 401K Er Match | 27.58 | 820.06 |

**Important Notes**
COMPANY PH #: 610-524-2775

BASIS OF PAY: HOURLY

| Deductions | Statutory | | |
|------------|-----------|---|---|
| | Federal Income Tax | -5.21 | 1,326.25 |
| | Social Security Tax | -82.40 | 2,474.04 |
| | Medicare Tax | -19.27 | 578.61 |
| | PA State Income Tax | -40.80 | 1,225.06 |
| | Caln Twp Income Tax | -13.29 | 399.06 |
| | Tredyffrin T Local Svc Tax | -2.00 | 44.00 |
| | PA SUI/SDI Tax | -0.83 | 24.60 |
| | **Other** | | |
| | Medical | -50.00* | 1,099.00 |
| | Roth 401K | -27.58 | 820.06 |
| | Loan | | 8,404.83 |
| | **Net Pay** | **$1,137.56** | |
| | Checking 2 | -1,137.56 | |
| | **Net Check** | **$0.00** | |

* Excluded from federal taxable wages

IFM EFECTOR, INC.
1100 ATWATER DRIVE
MALVERN, PA, 19355

Advice number: 00000440092
Pay date: 11/01/2019

Deposited to the account of
LATISHA J. DEVEAUX

| account number | transit | ABA | amount |
|---|---|---|---|
| | | | $1,137.56 |

THIS IS NOT A CHECK

## NON-NEGOTIABLE