# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: ) | |
| ) | Chapter 7 |
| JOSEPH GRASSO, ) | |
| ) | Case No. 12-11063 (MDC) |
| Debtor. ) | |
| ) | |
| _____ ) | |

## ORDER ON TRUSTEE'S MOTION FOR
## FOR RELEASE OF UNCLAIMED FUNDS

AND NOW, this __10th__ day of __April__, 2019, upon consideration of Motion of Christine C. Shubert, Chapter 7 Trustee, for Release of Unclaimed Funds, (the "Motion"), and any and all responses thereto, and after notice and an opportunity for hearing, it is hereby

ORDERED that the Motion is GRANTED; and it is further

ORDERED the Clerk of this Court is authorized and directed to make payment in the amount of $3,711.88 to Origin Capital Debt Fund, and deliver such payment to:

> Origin Capital Debt Fund
> c/o Edward J. Hayes, Esquire
> Fox Rothschild LLP
> 2000 Market Street, 20th Floor
> Philadelphia, PA 19103-3222

BY THE COURT:

_Magdeline D. C_____
The Honorable Magdeline D. Coleman
United States Bankruptcy Judge

7152346 v1