**Fill in this information to identify the** **Fill in this information to identify the case:**

Debtor 1    Latisha Deveaux

Debtor 2

United States Bankruptcy Court for the EASTERN District of Pennsylvania

Case number   19-16654 ELF

Official Form 410S1

## Notice of Mortgage Payment Change                                              12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** Quicken Loans, LLC                 **Court claim no.** (if known): 4-1

**Last 4 digits** of any number you use to identify the debtor's account: 6210

**Date of payment change:**
Must be at least 21 days after date of this notice     05/01/2021

**New total payment:**    $982.14
Principal, interest, and escrow, if any

### Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**
   - ☐ No
   - ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment:  $452.85          New escrow payment:  $ 457.28

### Part: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**
   - ☒ No
   - ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate:  _____%          New interest rate:  _____%

   Current principal and interest payment: $_____    New principal and interest payment: $ _____

### Part: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**
   - ☒ No
   - ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

   Reason for change: _____

   Current mortgage payment: $_____          New mortgage payment: $ _____

Official Form 410S1              **Notice of Mortgage Payment Change**              page 1

Debtor(s)  <u>Latisha</u>                  <u>Deveaux</u>        Case number (*if known*) <u>19-16654 ELF</u>
           First Name   Middle Name   Last Name

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✘ /s/ Rebecca A. Solarz, Esquire                                   Date 03/30/2021

**Print:** Signature

Title  <u>Attorney for Creditor</u>

Company  <u>KML Law Group, P.C.</u>

Address  <u>701</u>       <u>Market Street, Suite 5000</u>
         Number       Street
         Philadelphia,                         PA    19106
         City                                  State  ZIP Code

Contact phone  (215) 627–1322            Email  bkgroup@kmllawgroup.com

Official Form 410S1                **Notice of Mortgage Payment Change**                page 2